In the Matter of JERRICK ALLISON, Appellant, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent.

Submitted November 5, 2012; decided December 18, 2012

*Motion*, insofar as it seeks leave to appeal from the Appellate Division order of affirmance, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief *dismissed as academic.*

ALSON ALSTON, Appellant, v NEW YORK CITY COMMISSION ON HUMAN RIGHTS et al., Respondents.

Submitted November 13, 2012; decided December 18, 2012

Motion for reargument of motion for leave to appeal denied [*see* 19 NY3d 1021 (2012)].